IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REY REY PRODUCTS SFO, INC.,

    Plaintiff,

  v.

MARIA MENDOZA,

    Defendant.
                                  /

No. C 05-04502 CW

ORDER

    Default having been entered by the Clerk on December 7, 2005, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

    IT IS FURTHER ORDERED that the Case Management Conference previously set for March 20, 2006, is continued to April 21, 2006.

Dated: 12/9/05

_____
CLAUDIA WILKEN
United States District Judge

cc: Wings