IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REY REY PRODUCE SFO, INC., | No. 05-04502 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| v. | |
| MARIA MENDOZA, | |
| Defendant. | |

    The Court has reviewed Magistrate Judge Edward M. Chen's Report and Recommendation Re: Plaintiff's Motion for Default Judgment. No objections to the report were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED IN PART. Default judgment shall enter on Plaintiff's First, Second, and Third Causes of Action. Plaintiff's Fourth Cause of Action for declaratory relief is dismissed for failure to prosecute. The Clerk shall enter judgment accordingly.

Dated: 6/14/06

                                              CLAUDIA WILKEN
                                              United States District Judge